UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| OREN C. DUPUIS, | ) Civil Action Number:  4:19-cv-03516-TER |
| Plaintiff, | ) |
| v. | ) |
| ANDREW M. SAUL,<br>Commissioner of the Social Security<br>Administration, | ) |
| Defendant. | ) |

## ORDER

AND NOW, this 3rd day of August, 2020, upon consideration of the Defendant's Motion to Remand and any response thereto, it is hereby **ORDERED** that the Defendant's motion is granted and this action is remanded to the Commissioner for further evaluation under the fourth sentence of 42 U.S.C. § 405(g), including an opportunity for a hearing and a new decision.

s/Thomas E. Rogers, III
Honorable Thomas E. Rogers, III
United States Magistrate Judge

Florence, SC